IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| F.W. AGGREGATE, INC., et al.,<br><br>              Plaintiffs,<br><br>   vs.<br><br>UNITED STATES DEPARTMENT<br>OF INTERIOR, et al.,<br><br>              Defendant. | CASE NO. CV F 06-0175 AWI LJO<br><br>**ORDER TO RESCHEDULE MANDATORY SCHEDULING CONFERENCE**<br><br>Date:  July 26, 2006<br>Time:  8:30 a.m.<br>Dept.:  8 (LJO) |

This Court set a June 6, 2006 mandatory scheduling conference. Plaintiffs F.W. Aggregate, Inc. and F.W. Holdings, Inc. (collectively "plaintiffs") recently filed a first amended complaint, and no defendant has appeared in this action. As such, postponement of the mandatory scheduling conference is appropriate. On the basis of good cause, this Court:

1. ORDERS plaintiffs, if they have not done so already, to forthwith serve each defendant with a summons and first amended complaint and to file proofs of such service with this Court;

2. VACATES the June 6, 2006 mandatory scheduling conference;

3. RESETS the mandatory scheduling conference for July 26, 2006 at 8:30 a.m. in Department 8 (LJO) of this Court. The parties are encouraged to appear at the mandatory scheduling conference by telephone by arranging a one-line conference call and then adding the Court at (559) 499-5680;

1     4.    ORDERS the parties, no later than July 19, 2006, to file a Joint Scheduling Report which includes the information required by Exhibit A to the February 16, 2006 order setting the original scheduling conference and to e-mail a copy of the Joint Scheduling Report as an attachment to ljoorders@caed.uscourts.gov and formatted in WordPerfect or Word;

5.    ORDERS the parties to otherwise comply with the February 16, 2006 order setting the original scheduling conference; and

6.    ORDERS plaintiffs to serve of a copy this order on each defendant.

IT IS SO ORDERED.

**Dated:**   **May 30, 2006**           **/s/ Lawrence J. O'Neill**
66h44d                                    UNITED STATES MAGISTRATE JUDGE